# BEFORE THE
# UNITED STATES JUDICIAL PANEL ON
# MULTI DISTRICT LITIGATION

| IN RE: SMITTY'S/CAM2 303 TRACTOR HYDRAULIC FLUID LITIGATION | MDL NO. 2936 |
|---|---|

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Entry of Appearance of Nikki Cannezzaro, Schedule of Actions and Certificate of Service were served by Email or First Class Mail on February 27, 2020 to the following:

**Clerks of the Court**

| | |
|---|---|
| Mr. Timothy M. O'Brien<br>Clerk of the Court<br>United States District Court<br>District of Kansas<br>Robert J. Dole United States Courthouse<br>500 State Avenue, Suite 259<br>Kansas City, KS 66101 | Clerk's Office<br>United States District Court<br>Western District of Kentucky<br>501 Broadway, Suite 127<br>Paducah, KY 42001-6801 |
| David J. Bradley<br>Clerk of Court<br>United States District Court<br>Southern District of Texas<br>P. O. Box 61010<br>Houston, TX 77208 | James W. McCormack<br>Clerk of the Court<br>US District Court<br>Eastern District of Arkansas<br>600 W Capitol Ave, Rm A149<br>Little Rock, AR 72201 |
| Robert L. Phelps, Clerk of Court<br>U.S. District Court<br>Northern District of Iowa<br>320 6th Street<br>Sioux City, IA 51101 | Clerk of the Court<br>United States District Court<br>District of Minnesota<br>316 North Robert Street<br>100 Federal Building<br>St. Paul, MN 55101 |
| Clerk of the Court<br>United States District Court<br>Eastern District of California<br>Robert T. Matsui Federal Courthouse<br>501 I Street, Room 4-200<br>Sacramento, CA 95814 | Clerk of the Court<br>United States District Court<br>Western District of Missouri<br>Charles Evans Whittaker U.S. Courthouse<br>400 E. 9th Street<br>Kansas City, MO 64106 |

1

Zornes v. Smitty's Supply, Inc., et al., No. 2:19-cv-02257-JAR-TJJ (D. Kan)

| | |
|---|---|
| William Carr. KS Bar #16301<br>Bryan T. White KS Bar #23255<br>WHITE, GRAHAM, BUCKLEY,<br>& CARR, L.L.C<br>19049 East Valley View Parkway<br>Independence, Missouri 64055<br>(816) 373-9080 Fax: (816) 373-9319<br>bcarr@wagblaw.com<br>bwhite@wagblaw.com<br>**Attorneys for Plaintiffs**<br>**And Class Members** | Thomas V. Bender, KS Bar #22860<br>Dirk Hubbard, KS Bar #15130<br>HORN AYLWARD & BANDY, LLC<br>2600 Grand, Ste. 1100<br>Kansas City, MO 64108<br>(816) 421-0700<br>(816) 421-0899 (Fax)<br>tbender@hab-law.com<br>dhubbard@hab-law.com<br>**Attorneys for Plaintiffs**<br>**And Class Members** |
| Nikki Cannezzaro<br>Franke Schultz and Mullen, PC<br>8900 Ward Parkway<br>Kansas City, MO  64114<br>P:(816) 421-7100/ F: (816) 421-7915<br>ncannezzaro@fsmlawfirm.com<br>**Attorneys for Defendants Tractor Supply**<br>**Company and Orscheln Farm and Home,**<br>**LLC** | |

Wurth et al. v. Smitty's Supply, Inc., et al., No.5:19-cv-00092-TBR (W.D. Ky)

| | |
|---|---|
| Mark. P. Bryant<br>N. Austin Kennady<br>P.O. Box 1876<br>Paducah, KY 42002-1876<br>Phone: (270) 442-1422<br>Fax: (270) 443-8788<br>Mark.bryant@bryantpsc.com<br>Austin.kennady@bryantpsc.com<br>**Attorneys for Plaintiffs**<br>**And Class Members** | William Carr. KS Bar #16301<br>Bryan T. White KS Bar #23255<br>WHITE, GRAHAM, BUCKLEY,<br>& CARR, L.L.C<br>19049 East Valley View Parkway<br>Independence, Missouri 64055<br>(816) 373-9080 Fax: (816) 373-9319<br>bcarr@wagblaw.com<br>bwhite@wagblaw.com<br>**Attorneys for Plaintiffs**<br>**And Class Members** |
| Thomas V. Bender, KS Bar #22860<br>Dirk Hubbard, KS Bar #15130<br>HORN AYLWARD & BANDY, LLC<br>2600 Grand, Ste. 1100<br>Kansas City, MO 64108<br>(816) 421-0700<br>(816) 421-0899 (Fax) | Ryan T. Polczynski, Esq.<br>WHITLOW, ROBERTS, HOUSTON &<br>STRAUB, PLLC<br>300 Broadway<br>Post Office Box 995<br>Paducah, Kentucky 42002-0995<br>Telephone: (270) 443-4516 |

| | |
|---|---|
| tbender@hab-law.com<br>dhubbard@hab-law.com<br>**Attorneys for Plaintiffs**<br>**And Class Members** | Facsimile: (270) 442-1712<br>rtp@whitlow-law.com<br>**Co-counsel for Defendants Smitty's**<br>**Supply, Inc., and CAM2 International,**<br>**LLC** |
| Nikki Cannezzaro<br>Franke Schultz and Mullen, PC<br>8900 Ward Parkway<br>Kansas City, MO  64114<br>P:(816) 421-7100/ F: (816) 421-7915<br>ncannezzaro@fsmlawfirm.com<br>**Attorneys for Defendants Tractor Supply**<br>**Company and Rural King** | |

Mabie v. Smitty's Supply, Inc., et al., No. 4:19-cv-03308 (S.D. TX)

| | |
|---|---|
| William Carr. KS Bar #16301<br>Bryan T. White KS Bar #23255<br>WHITE, GRAHAM, BUCKLEY,<br>& CARR, L.L.C<br>19049 East Valley View Parkway<br>Independence, Missouri 64055<br>(816) 373-9080 Fax: (816) 373-9319<br>bcarr@wagblaw.com<br>bwhite@wagblaw.com<br>**Attorneys for Plaintiffs**<br>**And Class Members** | Thomas V. Bender, KS Bar #22860<br>Dirk Hubbard, KS Bar #15130<br>HORN AYLWARD & BANDY, LLC<br>2600 Grand, Ste. 1100<br>Kansas City, MO 64108<br>(816) 421-0700<br>(816) 421-0899 (Fax)<br>tbender@hab-law.com<br>dhubbard@hab-law.com<br>**Attorneys for Plaintiffs**<br>**And Class Members** |
| John G. Emerson, TX Bar No. 06602600<br>EMERSON FIRM, PLLC<br>830 Apollo St.<br>Houston, TX 77058<br>Tel: (800) 551-8649<br>Fax: (501) 286-4659<br>Email: jemerson@emersonfirm.com<br>**Attorneys for Plaintiffs**<br>**And Class Members** | Justin VandenBout<br>CHAMBERLAIN, HRDLICKA, WHITE,<br>WILLIAMS & AUGHTRY Texas Bar No. 24060765<br>Federal Bar No. 912644<br>justin.vandenbout@chamberlainlaw.com<br>1200 Smith Street, Suite 1400<br>Houston, Texas 77002<br>Phone: (713) 658-1818<br>Facsimile: (713) 658-2553<br>**Co-counsel for Defendants Smitty's**<br>**Supply, Inc., and CAM2 International,**<br>**LLC** |
| Nikki Cannezzaro<br>Franke Schultz and Mullen, PC | |

3

| | |
|---|---|
| 8900 Ward Parkway<br>Kansas City, MO  64114<br>P:(816) 421-7100/ F: (816) 421-7915<br>ncannezzaro@fsmlawfirm.com<br>**Attorneys for Defendants Tractor Supply Company** | |

Buford v. Smitty's Supply, Inc., et al., No. 1:19-cv-00082-BRW (E.D. Ark)

| | |
|---|---|
| William Carr. KS Bar #16301<br>Bryan T. White KS Bar #23255<br>WHITE, GRAHAM, BUCKLEY,<br>& CARR, L.L.C<br>19049 East Valley View Parkway<br>Independence, Missouri 64055<br>(816) 373-9080 Fax: (816) 373-9319<br>bcarr@wagblaw.com<br>bwhite@wagblaw.com<br>**Attorneys for Plaintiffs**<br>**And Class Members** | Thomas V. Bender, KS Bar #22860<br>Dirk Hubbard, KS Bar #15130<br>HORN AYLWARD & BANDY, LLC<br>2600 Grand, Ste. 1100<br>Kansas City, MO 64108<br>(816) 421-0700<br>(816) 421-0899 (Fax)<br>tbender@hab-law.com<br>dhubbard@hab-law.com<br>**Attorneys for Plaintiffs**<br>**And Class Members** |
| Christopher D. Jennings<br>Johnson Firm<br>610 President Clinton Avenue<br>Suite 300<br>Little Rock, AR 72201<br>501-372-13000<br>Email: chris@yourattorney.com<br>**Attorneys for Plaintiffs**<br>**And Class Members** | Mark S. Breeding, Bar NO. 89149<br>MUNSON, ROWLETT, MOORE &<br>BOONE, P.A.<br>400 West Capitol Avenue, Suite 1900<br>Little Rock, Arkansas 72201<br>501-374-6535<br>mark.breeding@mrmblaw.com<br>**Co-counsel for Defendants Smitty's Supply, Inc., and CAM2 International, LLC** |
| John G. Emerson, TX Bar No. 06602600<br>EMERSON FIRM, PLLC<br>830 Apollo St.<br>Houston, TX 77058<br>Tel: (800) 551-8649<br>Fax: (501) 286-4659<br>Email: jemerson@emersonfirm.com<br>**Attorneys for Plaintiffs**<br>**And Class Members** | |
| Nikki Cannezzaro<br>Franke Schultz and Mullen, PC<br>8900 Ward Parkway<br>Kansas City, MO  64114 | |

| | |
|---|---|
| P:(816) 421-7100/ F: (816) 421-7915<br>ncannezzaro@fsmlawfirm.com<br>**Attorneys for Defendants Tractor Supply Company** | |

Blackmore et al. v. Smitty's Supply, Inc. et al., No. 5:19-cv-04052 (N.D. Iowa)

| | |
|---|---|
| William Carr. KS Bar #16301<br>Bryan T. White KS Bar #23255<br>WHITE, GRAHAM, BUCKLEY,<br>& CARR, L.L.C<br>19049 East Valley View Parkway<br>Independence, Missouri 64055<br>(816) 373-9080 Fax: (816) 373-9319<br>bcarr@wagblaw.com<br>bwhite@wagblaw.com<br>**Attorneys for Plaintiffs**<br>**And Class Members** | Thomas V. Bender, KS Bar #22860<br>Dirk Hubbard, KS Bar #15130<br>HORN AYLWARD & BANDY, LLC<br>2600 Grand, Ste. 1100<br>Kansas City, MO 64108<br>(816) 421-0700<br>(816) 421-0899 (Fax)<br>tbender@hab-law.com<br>dhubbard@hab-law.com<br>**Attorneys for Plaintiffs**<br>**And Class Members** |
| Paul D. Lundberg, IA Bar #<br>LUNDBERG LAW FIRM, P.L.C.<br>600 Fourth St., Suite 906<br>Sioux City, Iowa 51101<br>Tel: 712-234-3030<br>paul@lundberglawfirm.com<br>**Attorneys for Plaintiffs**<br>**And Class Members** | Jon Gray<br>HEIDMAN LAW FIRM, P.L.L.C.<br>1128 Historic Fourth Street<br>P.O. Box 3086<br>Sioux City, Iowa 51101<br>T 712-255-8838<br>John Gray Direct 712-222-4121<br>john.gray@heidmanlaw.com<br>**Co-counsel for Defendants Smitty's Supply, Inc., and CAM2 International, LLC** |
| Nikki Cannezzaro<br>Franke Schultz and Mullen, PC<br>8900 Ward Parkway<br>Kansas City, MO  64114<br>P:(816) 421-7100/ F: (816) 421-7915<br>ncannezzaro@fsmlawfirm.com<br>**Attorneys for Defendants Tractor Supply Company** | |

Klingenberg v. Smitty's Supply, Inc., et al., No. 0:19-cv-02684-ECT-ECW (D. Minn.)

| | |
|---|---|
| William Carr. KS Bar #16301<br>Bryan T. White KS Bar #23255<br>WHITE, GRAHAM, BUCKLEY, | Thomas V. Bender, KS Bar #22860<br>Dirk Hubbard, KS Bar #15130<br>HORN AYLWARD & BANDY, LLC |

| | |
|---|---|
| & CARR, L.L.C<br>19049 East Valley View Parkway<br>Independence, Missouri 64055<br>(816) 373-9080 Fax: (816) 373-9319<br>bcarr@wagblaw.com<br>bwhite@wagblaw.com<br>**Attorneys for Plaintiffs**<br>**And Class Members** | 2600 Grand, Ste. 1100<br>Kansas City, MO 64108<br>(816) 421-0700<br>(816) 421-0899 (Fax)<br>tbender@hab-law.com<br>dhubbard@hab-law.com<br>**Attorneys for Plaintiffs**<br>**And Class Members** |
| John M. Sandy, MN Bar #0391728<br>SANDY LAW FIRM, P.C.<br>304 18th Str., Box 445<br>Spirit Lake, IA 51360<br>Tel: 712-336-5588<br>jmsandy@sandylawpractice.com<br>**Attorneys for Plaintiffs**<br>**And Class Members** | Michael A. Klutho (MN #186302)<br>Jessica L. Klander (MN #392290)<br>BASSFORD REMELE<br>100 South 5th Street, Suite 1500<br>Minneapolis, MN 55402-1254<br>Telephone: (612) 333-3000<br>Facsimile: (612) 333-8829<br>mklutho@bassford.com<br>jklander@bassford.com<br>**Co-counsel for Defendants Smitty's Supply, Inc., and CAM2 International, LLC** |
| Paul D. Lundberg, IA Bar #<br>LUNDBERG LAW FIRM, P.L.C.<br>600 Fourth St., Suite 906<br>Sioux City, Iowa 51101<br>Tel: 712-234-3030<br>paul@lundberglawfirm.com<br>**Attorneys for Plaintiffs**<br>**And Class Members** | |
| Nikki Cannezzaro<br>Franke Schultz and Mullen, PC<br>8900 Ward Parkway<br>Kansas City, MO  64114<br>P:(816) 421-7100/ F: (816) 421-7915<br>ncannezzaro@fsmlawfirm.com<br>**Attorneys for Defendants Tractor Supply Company** | |

Fosdick et al v. Smitty's Supply, Inc. et al., No. 2:19-cv-01850-MCE-DMC (E.D. Ca.)

| | |
|---|---|
| William Carr. KS Bar #16301<br>Bryan T. White KS Bar #23255<br>WHITE, GRAHAM, BUCKLEY, | Thomas V. Bender, KS Bar #22860<br>Dirk Hubbard, KS Bar #15130<br>HORN AYLWARD & BANDY, LLC |

| | |
|---|---|
| & CARR, L.L.C<br>19049 East Valley View Parkway<br>Independence, Missouri 64055<br>(816) 373-9080 Fax: (816) 373-9319<br>bcarr@wagblaw.com<br>bwhite@wagblaw.com<br>**Attorneys for Plaintiffs**<br>**And Class Members** | 2600 Grand, Ste. 1100<br>Kansas City, MO 64108<br>(816) 421-0700<br>(816) 421-0899 (Fax)<br>tbender@hab-law.com<br>dhubbard@hab-law.com<br>**Attorneys for Plaintiffs**<br>**And Class Members** |
| Stephen R. Basser (121590)<br>Samuel M. Ward (216562)<br>BARRACK, RODOS & BACINE<br>One America Plaza<br>600 West Broadway, Suite 900<br>San Diego, CA 92101<br>Telephone: (619) 230-0800<br>Facsimile: (619) 230-1874<br>sbasser@barrack.com<br>sward@barrack.com<br>**Attorneys for Plaintiffs**<br>**And Class Members** | Keith D. Chidlaw, Bar No. 133604<br>Schuering Zimmerman & Doyle, LLP<br>400 University Avenue<br>Sacramento, California 95825-6502<br>(916) 567-0400<br>FAX: 568-0400<br>Email: kdc@szs.com<br>**Co-counsel for Defendants Smitty's**<br>**Supply, Inc., and CAM2 International,**<br>**LLC** |
| Nikki Cannezzaro<br>Franke Schultz and Mullen, PC<br>8900 Ward Parkway<br>Kansas City, MO  64114<br>P:(816) 421-7100/ F: (816) 421-7915<br>ncannezzaro@fsmlawfirm.com<br>**Attorneys for Defendants Tractor Supply**<br>**Company** | |

Graves v. Smitty's Supply, Inc., et al., No. 3:19-cv-05089-SRB (W.D. Mo.)

| | |
|---|---|
| William Carr. KS Bar #16301<br>Bryan T. White KS Bar #23255<br>WHITE, GRAHAM, BUCKLEY,<br>& CARR, L.L.C<br>19049 East Valley View Parkway<br>Independence, Missouri 64055<br>(816) 373-9080 Fax: (816) 373-9319<br>bcarr@wagblaw.com<br>bwhite@wagblaw.com<br>**Attorneys for Plaintiffs**<br>**And Class Members** | Thomas V. Bender, KS Bar #22860<br>Dirk Hubbard, KS Bar #15130<br>HORN AYLWARD & BANDY, LLC<br>2600 Grand, Ste. 1100<br>Kansas City, MO 64108<br>(816) 421-0700<br>(816) 421-0899 (Fax)<br>tbender@hab-law.com<br>dhubbard@hab-law.com<br>**Attorneys for Plaintiffs**<br>**And Class Members** |

| | |
|---|---|
| Nikki Cannezzaro<br>Franke Schultz and Mullen, PC<br>8900 Ward Parkway<br>Kansas City, MO  64114<br>P:(816) 421-7100/ F: (816) 421-7915<br>ncannezzaro@fsmlawfirm.com<br>**Attorneys for Defendants Tractor Supply Company** | Dan Christopher<br>9th Floor Bass Building<br>Enid, OK 73701<br>**Registered Agent for**<br>**Atwood Home Supply, Inc.** |

Respectfully submitted,

**FRANKE SCHULTZ & MULLEN, P.C.**

/s/Nikki Cannezzaro

---

Nikki Cannezzaro                              KS#20138
8900 Ward Parkway
Kansas City, MO  64114
P:(816) 421-7100/ F: (816) 421-7915
ncannezzaro@fsmlawfirm.com
**Attorneys for Defendants Smitty's Supply, Inc., and Cam2 International, LLC**