BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL- 2936 - In re Smitty's/CAM2 303 Tractor Hydraulic Fluid Litigation

SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>Sean Buford<br><br>**Defendants:**<br>Smitty's Supply, Inc., Tractor Supply Company and CAM 2 International, LLC | E.D. Arkansas (*Batesville Division*) | 1:19-cv-00082 | Billy Roy Wilson |
| **Plaintiff:**<br>Duane Fosdick, Jack Kimmich<br><br>**Defendants:**<br>Smitty's Supply, Inc., Tractor Supply Company and CAM2 International, LLC | E.D. California (*Sacremento Division*) | 2:19-cv-01850 | Morrison C. England, Jr / Mag. Judge Dennis M. Cota |
| **Plaintiffs:**<br>Terry Blackmore, Jason Klingenberg and Wayne Rupe<br><br>**Defendants:**<br>Smitty's Supply Inc., Tractor Supply Company and CAM 2 International, LLC | N.D. Iowa (*Western Division*) | 5:19-cv-04052 | Kelly K.E. Mahoney |
| **Plaintiffs:**<br>Terry Zornes, Adam Sevy, George Bollin and Randy Vilela<br><br>**Defendants:**<br>Smitty's Supply, Inc., Tractor Supply Company, Orscheln Farm and Home, LLC and CAM 2 International, LLC | D. Kansas | 2:19-cv-02257 | Julie A. Robinson / Mag. Judge Teresa J. James |
| **Plaintiffs:**<br>Dwayne Wurth, Kirk Egner, Tim Sullivan and Tracy Sullivan<br><br>**Defendants:**<br>Smitty's Supply. Inc., Rural King, Tractor Supply Company and CAM2 International, LLC | W.D. Kentucky (*Paducah Division*) | 5:19-cv-00092 | Thomas B. Russell |
| **Plaintiff:**<br>Jason Klingenberg<br><br>**Defendants:** | D. Minnesota | 19-cv-2684 | Eric C. Tostrud / Mag. Judge Elizabeth |

| | | | |
|---|---|---|---|
| Smitty's Supply Inc., Tractor Supply Company and CAM 2 International, LLC | | | Cowan Wright |
| **Plaintiffs:**<br>Arno Graves, Ron Nash, Roger Bias, Clinto Curry, Patrick Gisis, Brian Hayes, William James, Bryan Nelms, Matt Ortner, Anthony Shaw, Jay Simpson and Randy Vilela<br><br>**Defendants:**<br>Smitty's Supply, Inc., CAM2 International, LLC, Atwood Home Supply, Inc., and Tractor Supply Company | W.D. Missouri (*Western Division*) | 3:19-cv-05089 | Stephen R. Bough |
| **Plaintiff:**<br>Jacob Mabie<br><br>**Defendants:**<br>Smitty's Supply, Inc., Tractor Supply Company and CAM 2 International, LLC | S.D. Texas (*Houston Division*) | 4:19-cv-03308 | Alfred H. Bennett |