**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: SMITTY'S / CAM2 303 TRACTOR HYDRAULIC FLUID MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | **MDL No. 2936** |

**NATIONWIDE AGRIBUSINESS INSURANCE COMPANY'S NOTICE OF
OPPOSITION TO SECOND CONDITIONAL TRANSFER ORDER**

Nationwide Agribusiness Insurance Company ("Nationwide"), Plaintiff in *Nationwide Agribusiness Insurance Company v. Smitty's Supply, Inc. et al.,* No. 2:20-cv-02890 (E.D. La.) and *Nationwide Agribusiness Insurance Company v. Smitty's Supply, Inc. et al.,* No. 2:20-cv-2892 (E.D. La.), by and through its attorneys, pursuant to 28 U.S.C. § 1407 and Panel Rule 7.1, respectfully files this Notice of Opposition to the Panel's Conditional Transfer Order of November 13, 2020 ("CTO-2").  (ECF 43).  Nationwide respectfully requests briefing of a Motion to Vacate the Conditional Transfer Order.

Dated: November 20, 2020

Respectfully submitted,

**NATIONWIDE AGRIBUSINESS INSURANCE COMPANY**

By:     /s/ *James K. Borcia*
                        One of Its Attorneys

James K. Borcia (*jborcia@tresslerllp.com*)
Tressler LLP
233 South Wacker Drive, 61st Floor
Chicago, IL 60606
(312) 627-4000
(312) 627-1717 (Fax)

*Counsel for Nationwide Agribusiness Insurance Company*

4820-1140-0402, v. 1